# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON GUNN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
VINCENT OCHOA, DISTRICT JUDGE,
Respondents,
  and
LORISE DAVID,
Real Party in Interest.

No. 82624

FILED

APR 09 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS OR PROHIBITION

This original pro se petition for a writ of mandamus or prohibition seeks a writ directing the district court to "set aside this case due to lack of personal jurisdiction over petitioner's Christian proper name," for violation of his due process right to challenge personal jurisdiction, and "for violation of petitioner's religious beliefs and instructions that are protected by the Nevada Constitution of 1864 Article 1 Declaration of Rights Section 4."

Having considered the petition, we are not persuaded that our extraordinary intervention is warranted. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (noting that writ relief is proper only when there is no plain, speedy, and adequate remedy at law and explaining that petitioner bears the burden of demonstrating that writ relief is warranted). Petitioner raised the same

claims in his appeal in *Gunn v. Eighth Judicial District Court*, Docket No. 79226 (Order of Affirmance, Ct. App., April 8, 2020), and the claims were denied on the merits. As a result, the law-of-the-case doctrine applies, *Dictor v. Creative Mgmt. Servs., LLC*, 126 Nev. 41, 45, 223 P.3d 332, 334 (2010), precluding the relief petitioner seeks here. Accordingly we,

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Silver

cc:   Hon. Vincent Ochoa, District Judge
      Jason Gunn
      Law Offices of Romeo R. Perez, P.C.
      Eighth District Court Clerk